DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHANNA O'NEILL,**
Appellant,

v.

**THE FIRST LIBERTY INSURANCE CORPORATION,** a foreign
corporation,
Appellee.

No. 4D17-1534

[October 25, 2018]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 2013-CA-004444-MB-AG.

Brett C. Powell of The Powell Law Firm, P.A., Palmetto Bay, and Billera Law, Boca Raton, for appellant.

Antonio D. Morin and Christine Welstead of Akerman LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN, JJ., and KANNER, DANIEL, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***